IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ANTHONY TODD MILLER,

    Petitioner,                   JUDGMENT IN A CIVIL CASE

v.                                     Case No. 14-cv-887-wmc

JON E. LITSCHER,

    Respondent.

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered denying Anthony Todd Miller's petition for a writ of habeas corpus under 28 U.S.C. § 2254 and dismissing this case.

| /s/ | 5/3/2017 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |